# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

### CASE NO.: 0:21-cv-62399

LE TABERNACLE DE LA GRACE
DE BROWARD,

    Plaintiff,

vs.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PIIC"), by and through undersigned counsel with full reservation of rights including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merit of this action, hereby file with this Court, pursuant to 28 U.S.C §1441 and §1446, a Notice of Removal to the Court of a civil action filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida as Case No: CACE-21-016932 in which PIIC has been named as Defendant and states as follows:

1. Plaintiff, Le Tabernacle De La Grace De Broward ("Le Tabernacle"), has filed an action in the Circuit Court in the Seventeenth Judicial Circuit in and for Broward County, Florida naming PIIC as Defendant.

2. A copy of Plaintiff's Complaint, which was served on PIIC on September 14, 2021, is attached hereto as **Exhibit "A"**.

3. A complete copy of the state court file in Case No: CACE-21-016932 filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida is attached pursuant to 28 U.S.C §1446 as **Composite Exhibit "B"**.

4. Public records evidence Le Tabernacle is incorporated in the State of Florida as a Not For Profit Corporation and has its principal place of business in Broward County, Florida. Thus, for purposes of diversity jurisdiction, Plaintiff is a citizen of the State of Florida. 28 U.S.C. § 1332(c)(1). *See* SunBiz printouts from Florida Division of Corporations as to Le Tabernacle De La Grace De Broward, Inc., including Le Tabernacle's Articles of Incorporation, attached as **Composite Exhibit "C"**.

5. Defendant, PIIC, is a Pennsylvania corporation that is now, and all times material, domiciled in Pennsylvania and has its principal place of business in Pennsylvania. PIIC is therefore deemed a citizen of Pennsylvania for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

6. Accordingly, there is complete diversity of citizenship between Plaintiff, a citizen of Florida, and PIIC, a citizen of Pennsylvania.

7. Plaintiff's Complaint against PIIC consists of one count for breach of contract (incorrectly labeled as "Declaratory Relief") pertaining to its claim for property coverage under a commercial lines policy PIIC issued to Le Tabernacle. Ex. A, ¶¶ 1, 13-17.

8. Plaintiff's Complaint alleges that it is seeking in excess of $30,000.00, the jurisdictional amount in Florida Circuit Court. Ex. A, ¶ 1.

9. On November 11, 2021, Plaintiff for the first time submitted to PIIC an estimate of damages prepared by J.G.M. Enterprises Group, Inc. in the amount of $178,700 (the "Estimate"), exclusive of Plaintiff's claim for statutory attorney's fees and cost. The Estimate is attached hereto as **Exhibit "D"**.

10. Thus, as evidenced by Plaintiff's Complaint and the Estimate submitted to PIIC in support of its claim, the amount in controversy as of the filing of this Notice is in excess of $75,000.00.

10. This Court has original jurisdiction of this matter pursuant to 28 U.S.C §1332, as there is complete diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds $75,000. Removal of this matter is therefore proper under 28 U.S.C. §1441.

11. Plaintiff's Estimate was sent to PIIC for the first time on November 11, 2021 and was the first notice to PIIC that the amount in controversy exceeds $75,000. Thus, the Notice of Removal is being filed within thirty (30) days of PIIC being sent of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable as required by 28 U.S.C §1446(b)(3). *See*, *e.g.*, *Randall v. Target Corp.*, 13-61196-CIV, 2013 WL 3448116, at *4 (S.D. Fla. July 9, 2013) (holding that time for removal under 28 U.S.C. § 1446(b)(3) began to run upon service of documents indicating for the first time that amount in controversy was more than $75,000). This Notice is also being filed well within one year of the original commencement of this action on September 7, 2021, when the Complaint was filed in state court.[1] *See* 28 U.S.C. § 1446(c)(1).

12. Because there is complete diversity of citizenship and the amount of controversy exceeds the jurisdictional amount, this Court has jurisdiction pursuant to 28 U.S.C § 1332.

13. Pursuant to 28 U.S.C §1446(d), a copy of the Petition and Notice of Removal is being properly filed with the Clerk of the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida and served on counsel for Plaintiff.

---

[1] The Complaint was not served upon PIIC until September 14, 2021.

14. Since the property at issue which is the subject of the insurance claim and lawsuit is located in Fort Lauderdale, Florida which is in Broward County and the Complaint was filed in Broward County, the Fort Lauderdale Division is the appropriate division for this case.

WHEREFORE, the Defendant, Philadelphia Indemnity Insurance Company, submits that this Notice and Petition for Removal be deemed good and sufficient, and that the aforesaid action be removed from the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, for further proceedings.

Dated: November 24, 2021

Respectfully submitted,

**SIMON, REED & SALAZAR, P.A.**

*/s/ Michael Simon*
MICHAEL SIMON
Florida Bar No. 0062790
Two Datran Center - Suite 1209
9130 S. Dadeland Blvd.
Miami, Florida 33156
Tel.: (305) 670-0776
Fax: (305) 670-0731
Email: msimon@simonreedlaw.com
BRIAN S. JACOBSON
Florida Bar No. 0044240
Email: bjacobson@simonreedlaw.com
*Counsel for Philadelphia Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 24th day of November, 2021.

By: /s/ Michael Simon

## SERVICE LIST

Michael Kaplan, Esq.
Kaplan Law Group, P.A.
6041 Johnson Street
Hollywood, FL 33024
mkaplan@thekaplanlawgroup.com
receptionist@thekaplanlawgroup.com