UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-62399

LE TABERNACLE DE LA GRACE
DE BROWARD,

    Plaintiff,

vs.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    COMES NOW Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PIIC"), by and through the undersigned counsel, and hereby gives notice that this case has been settled and states as follows:

    1.    The parties have reached an agreement to settle the case.

    2.    The parties respectfully request thirty (30) days from today to finalize the settlement paperwork and submit a Joint Stipulation for Final Order of Dismissal with Prejudice to the Court.

Dated: June 6, 2022

                                                                                 Respectfully submitted,

                                                                                **SIMON, REED & SALAZAR, P.A.**

                                                                                */s/ Brian S. Jacobson*
                                                                                MICHAEL SIMON
                                                                                 Florida Bar No. 0062790
                                                                                 Two Datran Center - Suite 1209
                                                                                 9130 S. Dadeland Blvd.

Miami, Florida 33156  
Tel.: (305) 670-0776  
Fax: (305) 670-0731  
Email: msimon@simonreedlaw.com  
BRIAN S. JACOBSON  
Florida Bar No. 0044240  
Email: bjacobson@simonreedlaw.com  
*Counsel for PIIC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 6th day of June, 2022.

By:  /s/ Brian S. Jacobson

## SERVICE LIST

Michael Kaplan, Esq.  
Kaplan Law Group, P.A.  
6041 Johnson Street  
Hollywood, FL 33024  
mkaplan@thekaplanlawgroup.com  
receptionist@thekaplanlawgroup.com