UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62399-CIV-SMITH

LE TABERNACLE DE LA
GRACE DE BROWARD,

  Plaintiff,

v.

PHILADELPHIA INDMENITY
INSURANCE COMPANY,

  Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

  This matter is before the Court on the Parties' Notice of Settlement [DE 8], indicating that this matter has been fully settled. Upon consideration, it is hereby

  ORDERED that

  (1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **July 6, 2022.** Failure to comply with this Order may result in the final dismissal of this case.

  (2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

  (3) This case is **CLOSED**.

  DONE and ORDERED in Fort Lauderdale, Florida, this 6th day of June 2022.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record