**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:21-cv-62399**

LE TABERNACLE DE LA GRACE
DE BROWARD,

    Plaintiff,

vs.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    Plaintiff, LE TABERNACLE DE LA GRACE DE BROWARD, and Defendant PHILADELPHIA INDEMNITY INSURANCE COMPANY, do hereby stipulate to the dismissal with prejudice of all of Plaintiff's, LE TABERNACLE DE LA GRACE DE BROWARD, claims against Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, in this litigation. Each party is to bear its own attorney's fees and costs.

    Dated this 27th day of June, 2022.

**[SIGNATURES ON NEXT PAGE]**

| | |
|---|---|
| Michael Kaplan, Esq.<br>Kaplan Law Group, P.A.<br>*Attorneys for Plaintiff*<br>6041 Johnson Street<br>Hollywood, Florida 33024<br>Tel.: (954) 985-0404<br><br><br>By: */s/ Michael Kaplan*<br>     Michael Kaplan, Esq.<br>     Florida Bar No: 149586 | Michael Simon, Esq.<br>Brian S. Jacobson, Esq.<br>Simon, Reed & Salazar, P.A.<br>*Attorneys for Defendant*<br>9130 S. Dadeland Blvd., Suite 1209<br>Miami, Florida  33156<br>Tel.: (305) 670-0776<br><br>By: */s/ Brian S. Jacobson*<br>     Michael Simon, Esq.<br>     Florida Bar No.: 0062790<br>     Brian S. Jacobson, Esq.<br>     Florida Bar No.: 0044240 |